DANIEL W. LYNCH and Others, Respondents, v. ORIENT INSURANCE COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant is ready for argument on March twenty-sixth.

JOHN B. CORCORAN and Another, Respondents, v. GEORGE KELLOGG STRUCTURAL COMPANY and Another, Appellants.— Motion to dismiss appeal granted, unless appellants shall file and serve printed papers and briefs by March twenty-fourth.

VALERIA KOWALSKI, an Infant, etc., Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and briefs by March twenty-fourth, and pay to respondent's attorneys ten dollars.

JOHN PINCZEWSKI, an Infant, etc., Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and briefs on appeal by March twenty-fourth, and pay to respondent's attorneys ten dollars.

GEORGE REIMANN, Respondent, v. JOHN KROHN, Appellant.— Order entered, pursuant to stipulation filed, substituting Mary Krohn as administratrix, in place and stead of John Krohn, deceased.

ELLIS-JOSLYN PUBLISHING COMPANY, INC., Respondent, v. THE COMMON COUNCIL OF THE CITY OF LACKAWANNA and Others, Appellants.— Order reversed, writ dismissed, and application denied, with costs. Held, that section 33 of the charter of the city of Lackawanna (Laws of 1909, chap. 574) does not require publication in the official newspaper of proposals for designation of the official newspaper. All concurred.

BENJAMIN C. MATHES, Respondent, v. EDMUND B. BAUMER, Appellant.— Judgment affirmed, with costs. All concurred.

HERBERT S. SISSON, as State Commissioner of Excise, Appellant, v. JOHN BOGDAN and CAPITAL CITY SURETY COMPANY, Respondents.— Judgment affirmed, with costs. All concurred.

WILLIAM W. MORSMAN and Others, Appellants, v. ETHEL A. BLACK and Another, Respondents.— Judgment affirmed, with costs. All concurred.

ALICE B. WIKOFF, Respondent, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Judgment affirmed, with costs. All concurred; De Angelis, J., not sitting.

MORA JOSEPH, Respondent, v. DORA A. CAMPBELL and Another, Appellants.— Judgment affirmed, with costs. All concurred; De Angelis, J., not sitting.

G. ADAM MILLER, JR., Respondent, v. MARTIN CAVANA and Others, Appellants.— Judgment affirmed, with costs. All concurred.

PEARL FELTON, as Administratrix, etc., Appellant, v. NEW YORK, CHICAGO AND ST. LOUIS RAILWAY COMPANY, Respondent.— Judgment and order affirmed, with costs. All concurred.

ANGELINE M. SHEEHAN, Respondent, v. SAMUEL RAPPERPORT, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Foote, J., who dissented.